Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
Christopher M. Humes, Esq.
Nevada Bar No. 12782
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:  (702) 382-2101
Facsimile:   (702) 382-8135
Email: asegal@bhfs.com
Email: bcloveland@bhfs.com
Email: chumes@bhfs.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOARD OF TRUSTEES OF THE TEAMSTERS LOCAL 631 SECURITY FUND FOR SOUTHERN NEVADA; BOARD OF TRUSTEES OF THE TEAMSTERS CONVENTION INDUSTRY TRAINING FUND,<br><br>Plaintiffs,<br><br>vs.<br><br>ABC EXPO SERVICES, LLC, a Nevada limited liability company,<br><br>Defendant. | Case No.<br><br>**COMPLAINT** |

Plaintiffs allege:

1. This action arises under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001-1500, and the Court has jurisdiction pursuant to 29 U.S.C. § 1132(e) and supplemental jurisdiction under 28 U.S.C. § 1367.

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
(702) 382-2101

2. Plaintiffs are the Boards of Trustees of the Teamsters Local 631 Security Fund for Southern Nevada, and of the Teamsters Convention Industry Training Fund ("Trust Funds") and are fiduciaries for purposes of ERISA.

## FIRST CLAIM FOR RELIEF
Delinquent Subcontractor Contributions

3. Paragraphs 1 through 2 are incorporated by reference as though fully set forth herein.

4. Defendant ABC Expo Services, LLC ("ABC Expo"), acted as an employer within the State of Nevada employing persons who perform work covered by a collective bargaining agreement ("CBA") between ABC Expo and the International Brotherhood of Teamsters Local 631 ("Union").

5. The CBA requires that in the event ABC subcontracts work covered by the CBA to a company not signatory to a CBA with the Union, the ABC would ensure that the subcontractor observes the applicable working conditions and wage rates, including the remittance of employee benefit contributions to the Trust Funds.

6. ABC Expo subcontracted work covered under the CBA to Thunder and Lightning, LLC ("T & L").

7. T & L was not signatory to a CBA with the Union.

8. T & L failed to remit all required employee benefit contributions to the Trust Funds.

9. Demand has been made to ABC Expo to remit T & L's delinquent contributions and other amounts due to the Trust Funds on behalf of T & L, but ABC Expo has failed and refused to pay, and continues to refuse to pay these amounts.

18610951                           2

WHEREFORE, Plaintiffs pray for relief as follows:

1. A judgment against ABC Expo in an amount demonstrated at trial for T & L's unpaid contributions, liquidated damages, interest, court costs and attorney's fees as required by ERISA and the Trust Agreements;

2. For other equitable relief as provided by ERISA, including but not limited to injunctive relief; and

3. For such other and further relief as the Court deems proper.

Dated: January 28, 2019.                    BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Christopher M. Humes
Adam P. Segal, Esq.
Nevada Bar No. 6120
Bryce C. Loveland, Esq.
Nevada Bar No. 10132
Christopher M. Humes, Esq.
Nevada Bar No. 12782
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone:  (702) 382-2101
Facsimile:   (702) 382-8135

Attorneys for Plaintiffs

18610951                                           3