# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Board of Trustees of the Teamsters Local 631 Security Fund for Southern Nevada, et al

            Plaintiffs,

  v.

ABC Expo Services, LLC

            Defendant.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number:  2:19-cv-00164-JAD-GWF

☐ **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Default Judgment is entered in favor of Plaintiffs and against ABC Expo Services, LLC for delinquent employee-benefit contributions of $14,771, liquidated damages of $6,298, interest of $6,298, audit fees of $2,660, and attorney's fees and costs of $9,624, minus a previous recovery of $9,342, for a total of $30,309.

5/20/2019
Date

DEBRA K. KEMPI
Clerk



/s/ S. Denson
Deputy Clerk